UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61313-RS

LUIMY CABREJA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

THE SHERWIN-WILLIAMS COMPANY,

    Defendant.
_____/

**FINAL DISMISSAL WITHOUT PREJUDICE**

This cause is before the Court on the Plaintiff's Notice of Dismissal Without Prejudice [DE 6]. Upon consideration, it is

ORDERED that:

1. This action is **DISMISSED without prejudice**.

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida this 19th day of August 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to: All parties of record